# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ISHMAEL CASH ROLLE, III,**

    Petitioner,

v.                                                        **CASE NO. 3:12-cv-206-MW/CJK**

**FLORIDA SECRETARY
DEPARTMENT OF
CORRECTIONS,**

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 37, filed December 17, 2013. This Court has also reviewed *de novo* Plaintiff's Objections to the Report and Recommendation, ECF No. 38, filed January 6, 2014. Upon consideration,

IT IS ORDERED:

The Report and Recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Ishmael Cash Rolle, III* in the Circuit Court for Escambia County,

1

Florida, Case Numbers 10-CF-3615 and 10- CF-3616 is **DENIED**.  A certificate of appealability is **DENIED**."  The Clerk shall close the file.

SO ORDERED on January 8, 2014.

s/Mark E. Walker
United States District Judge